## CRIMINAL CAUSE FOR PLEADING

**USA - v - PONTILLO**  Docket No. **11-CR-30 [KAM]**

Defendant: **Frank Pontillo # 27.**
  _X_ present  _____ not present  ___ custody  _X_ bail   **DOCKET & FILE**

Def. Counsel: **John Burke**
 _X_ present  _____ not present  _RET  _LAS  _X_ CJA

AUSA: **Elizabeth Geddes & Allon Lifshitz**  Deputy: **S. Jackson**

Court Reporter/FTR# **V. Butler**  Int: NA

- ✓ Case Called
- ___ Defendant's First Appearance
- ✓ Defendant: ✓ Sworn ___ Arraigned ✓ Informed of Rights
- ___ Waiver of Indictment Executed for Defendant
- ___ Superceding Indictment/Information Filed
- ___ Bench Warrant Issued:_____
- ✓ Defendant With draws Not Guilty Enters a Plea of Guilty to Count(s) **5,6** of the Information/Indictment/Superseding Indictment.
- ✓ Court Finds Factual Basis for the Plea
- ✓ Sentencing is ( scheduled for) **9/21/11 at 2:00pm.**
- ___ Bail/Bond: ___ Set ___ Continued for Defendant ___ Continued in Custody
- ___ Case Adjourned to ___/___/___ at _____
- ✓ Court accepts the Plea of Guilty.
- ✓ Transcript Ordered:

✓ Counsel are advised that they are expected to follow Federal Rules of Criminal Procedure 32 with regards to objections to the Presentence Report (PSR). Defense counsel must respond to PSR within two weeks, the government will respond two weeks thereafter. PSR objections shall be directed to the probation officer, but need not be filed via ecf.

✓ Sentencing motions/submissions (apart from PSR objections) shall be submitted as follows: defendant's sentencing submissions/motions shall be served and filed by **9/2/11**, with the government's **9/8//11**, reply by defendant, if any, shall be submitted and filed via ecf by **9/14/11**. The court respectfully request two hard courtesy copies of all sentencing submissions shall be provided to chambers and one copy forwarded to the Probation Department.