UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    CERTIFICATE OF SERVICE

       - against -                              CR 11 30
                                                           (Matsumoto, J.)

FRANK PONTILLO,

                Defendant.

- - - - - - - - - - - - - - - X

    I, Maritza Arroyo, hereby certify that on October 20, 2011, I caused to be served a copy of the Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by Certified Mail Return Receipt Requested, upon:

Mark Zurlo
38 Harbour Court
Staten Island, New York 10308

*Maritza Arroyo*
Maritza Arroyo
FSA, Records Examiner



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

October 20, 2011

**Certified Mail - Return Receipt Requested**

Mark Zurlo
38 Harbour Court
Staten Island, New York 10308

      Re:    United States v. Frank Pontillo
               Criminal Action No. CR-11-30 (EDNY) (KAM)

Dear Mr. Zurlo:

      Enclosed please find a copy of the Preliminary Order of Forfeiture (hereinafter "Order") issued by the United States District Court for the Eastern District of New York in connection with the above-referenced criminal case.

      In accordance with the procedures set forth in Title 21 U.S.C. § 853(n), and the Order, if you intend to file a claim to any of the Recovered Stolen Property identified in the Order, you must file any such claim within thirty (30) days of this notice. Any such petition must be signed by the petitioner under penalty of perjury; and must identify: (1) the particular property in which the petitioner claims a legal right, title or interest; (2) the nature and extent of such right, title or interest; (3) the time and circumstances of the petitioner's acquisition of the right, title and interest; and (4) any additional facts or documents supporting the petitioner's claim and the relief sought.

      Any such petition must be filed with United States Court for the Eastern District of New York, and a copy served on the United States Attorney's Office for the Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201, Attn: Tanya Y. Hill, Assistant United States Attorney, within thirty (30) days of receipt of this notice.

If you have any questions regarding the above matter or need additional assistance, please feel free to contact the undersigned.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: *Maritza Arroyo*

Maritza Arroyo
FSA Records Examiner/Paralegal to
Assistant United States Attorney
Tanya Y. Hill
(718) 254-6570

Enclosure (as noted)

| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Teri Trab_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>  10/27/11 |
| 1. Article Addressed to:<br><br>Mark Curlo<br>38 Harbour Court<br>Staten Island, New York<br>10308 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 0110 0000 5232 7750 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154