

PROB 12A
(NYEP-6/15/07)

FILED
CLERK'S OFFICE
DISTRICT COURT E.D.N.Y

DEC 27 2011 ★
Rec'd Checking
BROOKLYN OFFICE

RECEIVED
12/20/11
Chambers of
I. Leo Glasser
U.S.D.J

# United States District Court
## for
## Eastern District of New York
### Report on Offender Under Supervision

Name of Offender: **Frank Pontillo**    Case Number: **11-CR-00030-27**

Name of Sentencing Judicial Officer: **The Honorable I. Leo Glasser, Senior U.S. District Judge**

Date of Original Sentence: **9-21-11**

Original Offense: **18 USC 371, 2315 & 2314, Conspiracy to Receive and Transport Stolen Property, a Class D Felony**

Original Sentence: **2 years probation, 6 months home confinement, $3,382.94 restitution, $100 special assessment fee**

Type of Supervision: **Probation**    Date Supervision Commenced: **9-21-11**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1. | Commission of state crimes |

U.S. Probation Officer Action:

    We write the Court to advise that the offender was arrested by officers from the New York City Police Department on December 7, 2011, and charged with three counts of Criminal Possession of a Controlled Substance. According to the arresting officer, on December 7, 2011, he and his fellow officers from the Staten Island Narcotics Bureau were conducting routine surveillance in the offender's neighborhood around 7:30PM, when they observed the offender acting suspiciously. Based on this, they approached the offender, who was sitting in his vehicle, and ultimately discovered that he illegally possessed over 480 oxycontin pills. The offender had one bottle, which had a legal prescription in his name, of oxycontin containing 360 pills. The offender had another bottle which contained 120 pills and had no label on it. When questioned by officers as to why he had so many pills, the offender informed them he was taking them for his back pain. Following his arraignment, the offender was released on December 8, 2011, on a $2,500 cash bond. He is due back in Staten Island Criminal Court on January 23, 2012.

    At this time, we respectfully recommend that no action be taken. The offender has been otherwise complaint since your Honor placed him on probation on September 21, 2011. Furthermore, we would like to monitor the progress of this case and then make an appropriate recommendation following its disposition. Please advise us of your decision below.

Respectfully submitted by,

_____
Robert W. Anton
U.S. Probation Officer
Date: December 13, 2011

Approved by,

_____
Joseph Franco
Supervising U.S. Probation Officer
Date: December 13, 2011

THE COURT ORDERS:

- ☑ No Action
- ☐ Submit a Request for Modifying the Condition or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☐ Other

s/ILG

_____
Signature of Judicial Officer

12-20-11
_____
Date